

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RAS
F. #2020R00805

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 18, 2020

<u>By E-mail</u>

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    In the Matter of the Search of 239 Linden Street, Apartment 1D, Brooklyn, New York, and Any Locked or Enclosed Containers Therein
              Docket No. 20-MJ-816 (RER)

Dear Judge Reyes:

       The government respectfully moves for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

                                          Respectfully submitted,

                                          SETH D. DuCHARME
                                          Acting United States Attorney

                        By:    /s/ Rachel A. Shanies
                                          Rachel A. Shanies
                                          Assistant U.S. Attorney
                                          (718) 254-6140

Enclosure

cc:     Clerk of Court (by ECF)

RAS
F.# 2020R00805

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF THE SEARCH
OF 239 LINDEN STREET,
APARTMENT 1D, BROOKLYN,
NEW YORK, AND ANY LOCKED
OR ENCLOSED CONTAINERS
THEREIN

P R O P O S E D  O R D E R

CR 20-MJ-816 (RER)

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rachel A. Shanies, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

      WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           November 18 , 2020

                                      *s/ Ramon E. Reyes, Jr.*
                                HONORABLE RAMON E. REYES, JR.
                                UNITED STATES MAGISTRATE JUDGE
                                EASTERN DISTRICT OF NEW YORK